### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| ELITE LIVING HOME CARE, *et al.*, | : | |
| *Defendants* | : | NO. 24-1035 |

### O R D E R

**AND NOW**, this _13th_ day of March 2024, upon consideration of Plaintiff's Motion to Proceed Anonymously (Doc. No. 2), it is hereby **ORDERED** as follows:

1. The Motion to Proceed Anonymously (Doc. No. 2) is **GRANTED**;

2. The Court retains the right to modify Plaintiff's permission to proceed anonymously if it appears warranted in the interests of justice.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1