IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE | : CIVIL ACTION |
| | : |
| v. | : NO.  24-1035 |
| | : |
| ELITE LIVING HOME CARE, ELITE LIVING HOME CARE LLC | : |
| | : |

# ORDER

AND NOW, this 24th day of June 2024, upon considering random reassignment (DI 12), defendants' motions to dismiss (DI 13, 15), and plaintiff's second amended complaint (DI 14), it is **ORDERED**:

1. No later than **July 3, 2024**, plaintiff shall file a combined response to the pending motions (DI 13, 15), in which he will address the grounds for dismissal as well as whether or not the second amended complaint (DI 14) should be considered at all under Rule 15(a).

2. Defendants shall file any reply brief no later than **July 12, 2024**.

3. We will hold oral argument on **August 13, 2024** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

_____
MURPHY, J.