IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE | : CIVIL ACTION |
| | : |
| v. | : NO. 24-1035 |
| | : |
| ELITE LIVING HOME CARE, ELITE LIVING HOME CARE LLC | : |

# ORDER

AND NOW, this 21st day of August 2024, upon considering defendants' motions to dismiss (DI 13, 15), plaintiff's response (DI 17), defendants' reply (DI 18), and following oral argument held on August 13, 2024, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 13) is **GRANTED**.

2. Defendants' motion to dismiss (DI 15) is **DENIED as moot**.

3. The Clerk of Court is **DIRECTED** to strike plaintiff's improperly named second amended complaint (DI 14).

4. We **dismiss** this case without prejudice. Plaintiff has leave to replead no later than **September 4, 2024.**

MURPHY, J.